

Christopher H. Lowe - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

April 18, 2022

<u>VIA ECF</u>
The Honorable Roanne L. Mann, U.S.M.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: <u>Fischler v. Pendulum Therapeutics, Inc. d/b/a Pendulum</u>
     <u>Index No: 1:21-cv-06350-EK-RLM</u>

Dear Magistrate Judge Mann:

  This firm represents Plaintiff Brian Fischler. We submit this letter on behalf of all parties to advise the Court a settlement has been reached, resolving this matter. The parties, accordingly, respectfully request (i) to file either a Notice of Dismissal with Prejudice or request to reopen the matter within 30 days of the Court's Order and (ii) that any existing deadlines and court conferences be adjourned *sine die*.

  We appreciate the Court's consideration of these requests.

           Respectfully submitted,
           LIPSKY LOWE LLP


           <u>s/ Christopher H. Lowe</u>
           Christopher H. Lowe

CC: Defendant (Via email)